UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-MJ-1758

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF<br>336 RHEW ST., FAYETTEVILLE, NC | )<br>)<br>)<br>) | **ORDER TO UNSEAL** |

Upon motion of the government, the previously requested Search Warrant and related documents, in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

March 29, 2014
DATE

Robert B. Jones, Jr.
United States Magistrate Judge